IITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-818 (MJD/JGL)

AT&T CORP.,

Plaintiff,

v.

**PRETRIAL ORDER**

COMPAR, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 15, 2002;

3. All parties shall disclose all expert witnesses by May 15, 2002, and reports by June 15, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by May 15, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to October 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: March 13, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed MAR 13 2002
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk