UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-818 (JGL)

AT&T CORP.,

Plaintiff,

v. ORDER

COMPAR, INC., et al.,

Defendants.

The above-referenced case was referred to the undersigned Chief United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and the consent of the parties such Order of Reference being executed by the Honorable Michael J. Davis on March 14, 2002.

The parties and their respective counsel met for the purpose of attempting a settlement of the case, and this Court has been advised that all parties and counsel arrived at a mutually satisfactory settlement of this case.

Accordingly, it is hereby ORDERED that:

1. The case is DISMISSED; and

2. The parties may file their settlement papers.

Dated: June 10, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed 6-10-02
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________