**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| AT&T CORP.,<br><br>Plaintiff,<br>-vs-<br><br>COMPAR, INC., and JOHN DOES (1-10) representing various individuals and entities whose names and addresses are presently unknown,<br><br>Defendants. | Court File No.: 01-818 JGL<br><br>**ORDER GRANTING AT&T CORP.'S MOTION TO WITHDRAW OPINION AND ORDER** |

This matter having been opened by Michael J. Hahn, Esq., attorney for Plaintiff AT&T Corp., for an Order withdrawing the June 3, 2002 Opinion and Order by the Honorable Jonathan G. Lebedoff, U.S.M.J., wherein the Court granted Defendant's Compar Inc.'s Motion to Dismiss the Complaint and dismissed AT&T's Complaint; and the Court having considered the matter and for good and sufficient cause shown,

IT IS on this day of June 14, 2002,

ORDERED as follows:

1. Plaintiff AT&T's Motion to Withdraw the Opinion and Order, dated June 3, 2002, which granted Defendant's Compar's Motion to Dismiss the Complaint and dismissed AT&T's Complaint, is hereby GRANTED. This Court's Order (Doc. No. 29) is therefore VACATED.

JONATHAN G. LEBEDOFF, U.S.M.J.

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

12459/130
06/07/2002 1223417.01